UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Nos. 87-02828-MLW 89-02508-MLW |
| THOMAS J. QUINN, | ) | |
| Defendant. | ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                           August 25, 2025

For the reasons stated at the August 20, 2025 hearing, Ex. 1, hereto, it is hereby ORDERED that plaintiff Philips Medical Systems (Cleveland), Inc.'s Motion for Contempt (Dkt. No. 640) is DENIED.

_____
UNITED STATES DISTRICT JUDGE